AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Juan Pineda, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>Big City Realty Management, LLC, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  22-cv-05428 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attached Rider.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Marc A. Rapaport
    Rapaport Law Firm, PLLC
    80 Eighth Avenue, Suite 206
    New York, New York 10011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/13/2022        Brenna B. Mahoney by: Roseann Guzzi

                                                         *Signature of Clerk or Deputy Clerk*

Marc A. Rapaport, Esq.
RAPAPORT LAW FIRM, PLLC
80 Eighth Avenue, Suite 206
New York, New York 10011
Ph: (212) 382-1600
Fax: (212) 382-0920
mrapaport@rapaportlaw.com

*Attorneys for Plaintiff, and the Putative Class and Collective*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JUAN PINEDA, individually, and on behalf of all others similarly situated,

      Plaintiff,

  -against-

BIG CITY REALTY MANAGEMENT, LLC, CFF CONSULTING INC., 3427 BROADWAY BCR, LLC, 3440 BROADWAY BCR, LLC, 3660 BROADWAY BCR, LLC, 633 WEST 152 BCR, LLC, 605 WEST 151 BCR, LLC, 545 EDGECOMBE BCR, LLC, 535-539 WEST 155 BCR, LLC, 408-412 PINEAPPLE, LLC, 106-108 CONVENT BCR, LLC, 510-512 YELLOW APPLE, LLC, 513 YELLOW APPLE, LLC, 145 PINEAPPLE LLC, 2363 ACP PINAPPLE, LLC, 580 ST. NICHOLAS BCR, LLC, 603-607 WEST 139 BCR LLC, 559 WEST 156 BCR, LLC, 3750 BROADWAY BCR, LLC, KOBI ZAMIR, and FERNANDO ALFONSO,

      Defendants.
------------------------------------------------------------------X

Case No. 22-cv-05428

**PROPOSED SUMMONS RIDER**

## RIDER TO SUMMONS
DEFENDANTS' ADDRESSES AND COUNTIES

- Big City Realty Management, LLC
  c/o CFF Consulting Inc.
  209-45 45th Road, Second Floor
  Bayside, New York 11361

(Queens County)

- CFF Consulting Inc.
  209-45 45th Road, Second Floor
  Bayside, New York 11361
  (Queens County)

- 3427 Broadway BCR, LLC
  c/o CFF Consulting Inc.
  209-45 45th Road, Second Floor
  Bayside, New York 11361
  (Queens County)

- 3440 Broadway BCR, LLC
  c/o CFF Consulting Inc.
  209-45 45th Road, Second Floor
  Bayside, New York 11361
  (Queens County)

- 3660 Broadway BCR, LLC
  c/o CFF Consulting Inc.
  209-45 45th Road, Second Floor
  Bayside, New York 11361
  (Queens County)

- 633 West 152 BCR, LLC
  c/o CFF Consulting Inc.
  209-45 45th Road, Second Floor
  Bayside, New York 11361
  (Queens County)

- 605 West 151 BCR, LLC
  c/o CFF Consulting Inc.
  209-45 45th Road, Second Floor
  Bayside, New York 11361
  (Queens County)

- 545 Edgecombe BCR, LLC
  c/o CFF Consulting Inc.
  209-45 45th Road, Second Floor
  Bayside, New York 11361
  (Queens County)

- 535-539 West 155 BCR, LLC
  c/o CFF Consulting Inc.
  209-45 45th Road, Second Floor

Bayside, New York 11361
(Queens County)

- 408-412 Pineapple, LLC
  c/o CFF Consulting Inc.
  209-45 45th Road, Second Floor
  Bayside, New York 11361
  (Queens County)

- 106-108 Convent BCR, LLC
  c/o CFF Consulting Inc.
  209-45 45th Road, Second Floor
  Bayside, New York 11361
  (Queens County)

- 510-512 Yellow Apple, LLC
  555 W. 151st Street, Bsmt.
  New York, NY 10031
  (New York County)

- 513 Yellow Apple, LLC
  555 W. 151st Street, Bsmt.
  New York, NY 10031
  (New York County)

- 145 Pineapple LLC
  c/o CFF Consulting Inc.
  209-45 45th Road, Second Floor
  Bayside, New York 11361
  (Queens County)

- 2363 ACP Pinapple, LLC
  555 W. 151st Street, Bsmt.
  New York, NY 10031
  (New York County)

- 580 St. Nicholas BCR, LLC
  c/o CFF Consulting Inc.
  209-45 45th Road, Second Floor
  Bayside, New York 11361
  (Queens County)

- 603-607 West 139 BCR, LLC
  c/o CFF Consulting Inc.
  209-45 45th Road, Second Floor
  Bayside, New York 11361

3

(Queens County)

- 559 West 156 BCR, LLC
  c/o CFF Consulting Inc.
  209-45 45th Road, Second Floor
  Bayside, New York 11361
  (Queens County)

- 3750 Broadway BCR, LLC
  c/o CFF Consulting Inc.
  209-45 45th Road, Second Floor
  Bayside, New York 11361
  (Queens County)

- Kobi Zamir
  406 Ruckman Road
  Closter, NJ 07624
  (Bergen County)

- Fernando Alfonso
  209-45 45th Road, Second Floor
  Bayside, New York 11361
  (Queens County)