UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUAN PINEDA, on behalf of himself and all others similarly situated

                    Plaintiff,

v.

BIG CITY REALTY MANAGEMENT, LLC, CFF CONSULTING INC., 3427 BROADWAY BCR, LLC, 3440 BROADWAY BCR, LLC, 3660 BROADWAY BCR, LLC, 633 WEST 152 BCR, LLC, 605 WEST 151 BCR, LLC, 545 EDGECOMBE BCR, LLC, 535-539 WEST 155 BCR, LLC, 408-412 PINEAPPLE, LLC, 106-108 CONVENT BCR, LLC, 510-512 YELLOW APPLE, LLC, 513 YELLOW APPLE, LLC, 145 PINEAPPLE LLC, 2363 ACP PINAPPLE, LLC, 580 ST. NICHOLAS BCR, LLC, 603-607 WEST 139 BCR, LLC, 559 WEST 156 BCR, LLC, 3750 BROADWAY BCR, LLC, KOBI ZAMIR, and FERNANDO ALFONSO,

                    Defendants.
-----------------------------------------------------------------X

Case No. 22-cv-05428(BMC)

**NOTICE OF MOTION FOR CLASS CERTIFICATION PURSUANT TO RULE 23 AND FOR LEAVE TO AMEND THE COMPLAINT PURSUANT TO RULE 15**

**ORAL ARGUMENT REQUESTED**

## NOTICE OF MOTION FOR CLASS CERTIFICATION PURSUANT TO RULE 23

PLEASE TAKE NOTICE that upon the annexed Declaration of Marc A. Rapaport, Esq., sworn to on April 14, 2023, the exhibits annexed thereto, the Declaration of Juan Pineda, sworn to on April 10, 2023, the exhibits annexed thereto, and the accompanying Memorandum of Law, and upon all prior pleadings and proceeds heretofore had herein, Plaintiff will move this Court, on a date to be determined by this Court, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, for an Order: (i) certifying this action as a class action for those overtime claims which allege violations of the New York Labor Law, pursuant to Federal Rule of Civil Procedure 23, (ii) designating Plaintiff as class representative, (iii) designating Plaintiff's counsel as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g), and (iv) granting Plaintiff

leave to amend the Complaint pursuant to Federal Rule of Civil Procedure 15(a), and (v) such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), Defendants' opposition papers, if any, are to be served on Plaintiff on or before April 28, 2023. Plaintiff's reply papers, if any, are to be served on or before May 5, 2023.

Dated: New York, New York
April 14, 2023

Respectfully,

\_\_\_\_/s/_____
Marc A. Rapaport
Rapaport Law Firm, PLLC
80 Eighth Avenue, Suite 206
New York, NY 10011
(212) 382-1600
mrapaport@rapaportlaw.com

\_\_\_\_/s/_____
Meredith R. Miller
Miller Law., PLLC
167 Madison Avenue, Suite 503
New York, NY 10016
(347) 878-2587
meredith@millerlaw.nyc

*Plaintiff's Counsel*