# 3440 BROADWAY BCR LLC
P.O. Box 610420   *   Bayside, New York 11361
Tel: 917-563-5005   *   Fax: 917-563-5009

November 1, 2021

Juan Bautista Pineda Guzman
3440 Broadway – Apt. 2C
New York, NY  10031

Mr. Pineda,

I am pleased to extend your position of Superintendent on behalf of 3440 Broadway BCR LLC reporting to the managing agent, Fernando Alfonso. The property address you have been assigned to is 3440 Broadway, New York, NY 10031. Your salary will be paid at a rate of $20.00 per hour, effective November 1, 2021. Your salary will be paid to you on a bi-weekly basis, normally on Friday and is subject to deductions for taxes and other withholdings as required by law.

If your employer, 3440 Broadway BCR LLC makes available the Superintendent's apartment located in your assigned building, the apartment is only for you and your immediate family, and your salary shall include the apartment at no charge. It is understood and acknowledged by you that should the term of employment cease, for whatever reason and at whatever time, all occupants will immediately vacate the unit and surrender possession to the landlord within sixty (60) days after the last day of employment, damages shall be calculated daily at a treble rate.

You will be entitled to 2 (two) weeks (ie. 10 (ten) working days) paid annual vacation allowance, to be taken between January and December each year.  There is no cash value of vacation time, unused time will not be paid in cash and do not rollover into the next year.  If you are taking all ten days at once, you must notify the manager in writing no less than thirty days in advance.  There will also be a restriction on vacation between the months of November through February.

You will be entitled to 5 (five) days (ie. 40 (forty) work hours) paid annual sick leave allowance, to be taken between January and December each year.  There is no cash value of sick leave, unused sick leave will not be paid in cash and may be carried over from one year to the next.  If you are taking all your allowance at once, you must notify the manager as soon as possible.

The Company also provides 7 (seven) paid holidays off which consists of:
- New Year's Day    • President's Day    • Memorial Day    • Independence Day
- Labor Day    • Thanksgiving Day    • Christmas Day

All requests regarding employment must be made in writing.

Please understand that all employment with 3440 Broadway BCR LLC is "at will" and as such, gives both you and the company the right to terminate your employment at any time, with or without cause and with or without notice.

Please sign this letter below, indicating your acceptance of the position and your agreement to abide by company policies.

Sincerely,

_____          _____          11-9-21
Fernando Alfonso                  Juan Bautista Pineda Guzman       Date
Managing Agent

# 3427 BROADWAY BCR LLC
P.O. Box 610420   *   Bayside, New York 11361
Tel: 917-563-5005   *   Fax: 917-563-5009

November 1, 2021

Juan Bautista Pineda Guzman
3440 Broadway – Apt. 2C
New York, NY  10031

Mr. Pineda,

I am pleased to extend your position of Superintendent on behalf of 3427 Broadway BCR LLC reporting to the managing agent, Fernando Alfonso. The property address you have been assigned to is 3427 Broadway, New York, NY  10031. Your salary will be paid at a rate of $20.00 per hour, effective November 1, 2021. Your salary will be paid to you on a bi-weekly basis, normally on Friday and is subject to deductions for taxes and other withholdings as required by law.

If your employer, 3427 Broadway BCR LLC makes available the Superintendent's apartment located in your assigned building, the apartment is only for you and your immediate family, and your salary shall include the apartment at no charge. It is understood and acknowledged by you that should the term of employment cease, for whatever reason and at whatever time, all occupants will immediately vacate the unit and surrender possession to the landlord within sixty (60) days after the last day of employment, damages shall be calculated daily at a treble rate.

You will be entitled to 2 (two) weeks (ie. 10 (ten) working days) paid annual vacation allowance, to be taken between January and December each year. There is no cash value of vacation time, unused time will not be paid in cash and do not rollover into the next year. If you are taking all ten days at once, you must notify the manager in writing no less than thirty days in advance. There will also be a restriction on vacation between the months of November through February.

You will be entitled to 5 (five) days (ie. 40 (forty) work hours) paid annual sick leave allowance, to be taken between January and December each year. There is no cash value of sick leave, unused sick leave will not be paid in cash and may be carried over from one year to the next. If you are taking all your allowance at once, you must notify the manager as soon as possible.

The Company also provides 7 (seven) paid holidays off which consists of:
- New Year's Day
- President's Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Christmas Day

All requests regarding employment must be made in writing.

Please understand that all employment with 3427 Broadway BCR LLC is "at will" and as such, gives both you and the company the right to terminate your employment at any time, with or without cause and with or without notice.

Please sign this letter below, indicating your acceptance of the position and your agreement to abide by company policies.

Sincerely,

_____          _____          _____
Fernando Alfonso                  Juan Bautista Pineda Guzman       Date
Managing Agent