**3440 Broadway BCR LLC**
PO Box 610420
Bayside, NY 11361
(917) 563-5005

**Personal Earning Statement** 

| Empl# | SS# | Department | Clock No. |
|---|---|---|---|
| 03 | XXX-XX | 100 | |

**JUAN PINEDA**
3440 Broadway - Apt. 2C
New York, NY 10031

Pay Period: From 03/07/2022 to 03/20/2022
Pay Date: 03/25/2022   Voucher No. 32

| Earnings | Department | Rate | Hours | Amount |
|---|---|---|---|---|
| Regular | 100 | 20.0000 | 44.00 | 880.00 |
| **Gross Pay** | | **$880.00** | YTD Gross | **$5,660.00** |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 54.56 | 350.92 |
| Medicare | | | 12.76 | 82.07 |
| Federal | Head of Household - ( | | 13.38 | 118.28 |
| NY State | Married - 3 | | 19.08 | 134.95 |
| NY Local | Married - 3 | | 14.18 | 99.29 |
| NY Paid Leave | | | 4.50 | 28.94 |
| NY Disability | | | 1.20 | 7.20 |
| | **Total Taxes** | | **119.66** | **821.65** |

| **Net Pay** | | | | **$760.34** |
|---|---|---|---|---|

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|---|---|---|---|---|
| Sick | 30.00 | 0.00 | 0.00 | 30.00 |
| Vacation | 60.00 | 0.00 | 0.00 | 60.00 |

| Direct Deposits | ABA No. | Account No. | | Amount |
|---|---|---|---|---|
| | XXXX) | XXXXX) | | 760.34 |
| | **Total Direct Deposit** | | | **760.34** |

**Important Notes**

**3440 Broadway BCR LLC**
PO Box 610420
Bayside, NY 11361

**THIS IS NOT A CHECK**

JUAN PINEDA
3440 BROADWAY - APT. 2C
NEW YORK, NY 10031

**Personal Earning Statement** 

**3427 BROADWAY BCR LLC**
PO Box 610420
Bayside, NY  11361
(917) 563-5005

| Empl# | SS# | Department | Clock No. |
|---|---|---|---|
| 03 | XXX-XX- | 100 | |

**JUAN PINEDA**
3440 Broadway - Apt. 2C
New York, NY  10031

Pay Period:  From 03/07/2022 to 03/20/2022
Pay Date:   03/25/2022          Voucher No.  30

| Earnings | Department | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Regular | 100 | | 20.0000 | 44.00 | 880.00 |
| Gross Pay | | $880.00 | YTD Gross | | $5,660.00 |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 54.56 | 350.92 |
| Medicare | | | 12.76 | 82.07 |
| Federal | Head of Household - | | 13.38 | 118.28 |
| NY State | Married - 3 | | 19.08 | 134.95 |
| NY Local | Married - 3 | | 14.18 | 99.29 |
| NY Paid Leave | | | 4.50 | 28.94 |
| NY Disability | | | 1.20 | 7.20 |
| | Total Taxes | | 119.66 | 821.65 |

| Net Pay | | | | $760.34 |
|---|---|---|---|---|

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|---|---|---|---|---|
| Sick | 30.00 | 0.00 | 0.00 | 30.00 |
| Vacation | 60.00 | 0.00 | 0.00 | 60.00 |

| Direct Deposits | ABA No. | Account No. | | Amount |
|---|---|---|---|---|
| | XXXX | XXXXXX | | 760.34 |
| | Total Direct Deposit | | | 760.34 |

**Important Notes**

**3427 BROADWAY BCR LLC**
PO Box 610420
Bayside, NY  11361

# THIS IS NOT A CHECK

JUAN PINEDA
3440 BROADWAY - APT. 2C
NEW YORK, NY  10031