# EMPLOYEE TIME SHEET

**Employee Name:** Juan Pineda  **Building Name:** 3440 Broadway, NY, NY 10031

**Employee Email:** [redacted]  **Employee Cell:** [redacted]

**PAY PERIOD**  **Start Date:** 12/27/2021  **End Date:** 1/9/2022

| WEEK 1 | DATE | IN | LUNCH OUT | LUNCH IN | OUT | HOURS | Type | Notes |
|---|---|---|---|---|---|---|---|---|
| Monday | 12/27/2021 | 12 M | | | 4 PM | 4 hrs | | |
| Tuesday | 12/28/2021 | 12 M | | | 4 PM | 4 hrs | | |
| Wednesday | 12/29/2021 | 12 M | | | 4 PM | 4 hrs | | |
| Thursday | 12/30/2021 | 12 M | | | 4 PM | 4 hrs | | |
| Friday | 12/31/2021 | 12 M | | | 4 PM | 4 hrs | | |
| Saturday | 1/1/2022 | 10 AM | | | 12 M | 2 hrs | | |
| Sunday | 1/2/2022 | 10 AM | | | 12 M | 2 hrs | | |

**Week 1 Total Hours:** 24 hrs

| WEEK 2 | DATE | IN | LUNCH OUT | LUNCH IN | OUT | HOURS | Type | Notes |
|---|---|---|---|---|---|---|---|---|
| Monday | 1/3/2022 | 12 M | | | 4 PM | 4 hrs | | |
| Tuesday | 1/4/2022 | 12 M | | | 4 PM | 4 hrs | | |
| Wednesday | 1/5/2022 | 12 M | | | 4 PM | 4 hrs | | |
| Thursday | 1/6/2022 | 12 M | | | 4 PM | 4 hrs | | |
| Friday | 1/7/2022 | 12 M | | | 4 PM | 4 hrs | | |
| Saturday | 1/8/2022 | 10 AM | | | 12 M | 2 hrs | | |
| Sunday | 1/9/2022 | 10 AM | | | 12 M | 2 hrs | | |

**Week 2 Total Hours:** 24 hrs

**Total Hours for Timesheet:** 48 hrs

**Employee Signature:** [signed]  **Date:** 1-10-2022

**Manager Signature:** ___  **Date:** ___

Enter in **TYPE** Column (S) if Sick Hours or (V) if Vacation Hours or (H) if Holidays Hours

**Other Items / Notes:**

TIME SHEETS MUST BE TURNED IN ON TIME, BE COMPLETELY FILLED OUT AND SIGNED BY MANAGEMENT.  FAILURE TO DO SO WILL RESULT IN DELAY OF YOUR PAYCHECK

# EMPLOYEE TIME SHEET

V20.12

**Employee Name:** Juan Pineda  **Building Name:** 3427 Broadway, NY, NY 10031

**Employee Email:** ███  **Employee Cell:** ███

**PAY PERIOD**  **Start Date:** 12/27/2021  **End Date:** 1/9/2022

| WEEK 1 | DATE | IN | LUNCH OUT | LUNCH IN | OUT | HOURS | Type | Notes |
|---|---|---|---|---|---|---|---|---|
| Monday | 12/27/2021 | 8 AM | | | 12 M | 4 hors | | |
| Tuesday | 12/28/2021 | 8 AM | | | 12 M | 4 hors | | |
| Wednesday | 12/29/2021 | 8 AM | | | 12 M | 4 hors | | |
| Thursday | 12/30/2021 | 8 AM | | | 12 M | 4 hors | | |
| Friday | 12/31/2021 | 8 AM | | | 12 M | 4 hors | | |
| Saturday | 1/1/2022 | 8 AM | | | 10 AM | 2 hors | | |
| Sunday | 1/2/2022 | 8 AM | | | 10 AM | 2 hors | | |

**Week 1 Total Hours:** 24 hors

| WEEK 2 | DATE | IN | LUNCH OUT | LUNCH IN | OUT | HOURS | Type | Notes |
|---|---|---|---|---|---|---|---|---|
| Monday | 1/3/2022 | 8 AM | | | 12 M | 4 hors | | |
| Tuesday | 1/4/2022 | 8 AM | | | 12 M | 4 hors | | |
| Wednesday | 1/5/2022 | 8 AM | | | 12 M | 4 hors | | |
| Thursday | 1/6/2022 | 8 AM | | | 12 M | 4 hors | | |
| Friday | 1/7/2022 | 8 AM | | | 12 M | 4 hors | | |
| Saturday | 1/8/2022 | 8 AM | | | 10 AM | 2 hors | | |
| Sunday | 1/9/2022 | 8 AM | | | 10 AM | 2 hors | | |

**Week 2 Total Hours:** 24 hors

**Total Hours for Timesheet:** 48 hrs

**Employee Signature:** /s/ Juan P.
**Date:** 1-10-2022

**Manager Signature:** ___
**Date:** ___

**Other Items / Notes:**

Enter in **TYPE** Column (S) if Sick Hours or (V) if Vacation Hours or (H) if Holidays Hours

TIME SHEETS MUST BE TURNED IN ON TIME, BE COMPLETELY FILLED OUT AND SIGNED BY MANAGEMENT.  FAILURE TO DO SO WILL RESULT IN DELAY OF YOUR PAYCHECK