Personal Earning Statement 

**3440 Broadway BCR LLC**
PO Box 610420
Bayside, NY 11361
(917) 563-5005

| Empl# | SS# | Department | Clock No. |
|---|---|---|---|
| 03 | XXX-XX- | 100 | |

JUAN PINEDA
3440 Broadway - Apt. 2C
New York, NY 10031

Pay Period: From 12/27/2021 to 01/09/2022
Pay Date: 01/14/2022    Voucher No. 21

| Earnings | Department | Rate | Hours | Amount |
|---|---|---|---|---|
| Regular | 100 | 20.0000 | 48.00 | 960.00 |
| Gross Pay | | $960.00 | YTD Gross | $960.00 |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 59.52 | 59.52 |
| Medicare | | | 13.92 | 13.92 |
| Federal | Head of Household - ( | | 21.38 | 21.38 |
| NY State | Married - 3 | | 23.32 | 23.32 |
| NY Local | Married - 3 | | 17.14 | 17.14 |
| NY Paid Leave | | | 4.91 | 4.91 |
| NY Disability | | | 1.20 | 1.20 |
| | Total Taxes | | 141.39 | 141.39 |

Net Pay   $818.61

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|---|---|---|---|---|
| Sick | 0.00 | 30.00 | 0.00 | 30.00 |
| Vacation | 0.00 | 60.00 | 0.00 | 60.00 |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | XXXXX | XXXXX | 818.61 |
| | Total Direct Deposit | | 818.61 |

Important Notes

**3440 Broadway BCR LLC**
PO Box 610420
Bayside, NY 11361

# THIS IS NOT A CHECK

JUAN PINEDA
3440 BROADWAY - APT. 2C
NEW YORK, NY 10031

BCR00062

**3427 BROADWAY BCR LLC**
PO Box 610420
Bayside, NY  11361
(917) 563-5005

**Personal Earning Statement** 

| Empl# | SS# | Department | Clock No. |
|---|---|---|---|
| 03 | XXX-XX- | 100 | |

**JUAN PINEDA**
3440 Broadway - Apt. 2C
New York, NY  10031

Pay Period: From 12/27/2021 to 01/09/2022
Pay Date: 01/14/2022   Voucher No. 19

| Earnings | Department | Rate | Hours | Amount |
|---|---|---|---|---|
| Regular | 100 | 20.0000 | 48.00 | 960.00 |
| Gross Pay | | $960.00 | YTD Gross | $960.00 |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 59.52 | 59.52 |
| Medicare | | | 13.92 | 13.92 |
| Federal | Head of Household | | 21.38 | 21.38 |
| NY State | Married - 3 | | 23.32 | 23.32 |
| NY Local | Married - 3 | | 17.14 | 17.14 |
| NY Paid Leave | | | 4.91 | 4.91 |
| NY Disability | | | 1.20 | 1.20 |
| | Total Taxes | | 141.39 | 141.39 |

| Net Pay | | | | $818.61 |
|---|---|---|---|---|

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|---|---|---|---|---|
| Sick | 0.00 | 30.00 | 0.00 | 30.00 |
| Vacation | 0.00 | 60.00 | 0.00 | 60.00 |

| Direct Deposits | ABA No. | Account No. | | Amount |
|---|---|---|---|---|
| | XXXXX | XXXXX | | 818.61 |
| | Total Direct Deposit | | | 818.61 |

Important Notes

3427 BROADWAY BCR LLC
PO Box 610420
Bayside, NY  11361

# THIS IS NOT A CHECK

JUAN PINEDA
3440 BROADWAY - APT. 2C
NEW YORK, NY  10031

BCR00010