# EMPLOYEE TIME SHEET

V22.03

**Employee Name:** Juan Pineda                          **Building Name:** 3440 Broadway

**Employee Email:** ███████████                         **Employee Cell:** ███████████

**PAY PERIOD**   **Start Date:** 3/21/2022              **End Date:** 3/27/2022

| DAY | DATE | TIME IN | BREAK OUT | BREAK IN | TIME OUT | HOURS | Type | Notes |
|---|---|---|---|---|---|---|---|---|
| Monday | 3/21/2022 | 12 pm | | | 4 P.M | 4 hrs | | |
| Tuesday | 3/22/2022 | 12 pm | | | 4 P.M | 4 hrs | | |
| Wednesday | 3/23/2022 | 12 pm | | | 4 PM | 4 hrs | | |
| Thursday | 3/24/2022 | 12 pm | | | 4 PM | 4 hrs | | |
| Friday | 3/25/2022 | 12 pm | | | 4 PM | 4 hrs | | |
| Saturday | 3/26/2022 | | | | | | | |
| Sunday | 3/27/2022 | | | | | | | |

**Total Hours:** 20 hrs

Enter in **TYPE** Column if
(R) if Regular Hours
(S) if Sick Hours
(V) if Vacation Hours
(H) if Holidays Hours

**Employee Signature:** /s/ Juan P

**Date:** 3/27/2022

**Manager Signature:** _____

**Date:** _____

**Other Items / Notes:**

***** Please email this form every Monday morning to ███████ and ███████ ******

TIME SHEETS MUST BE TURNED IN ON TIME, BE COMPLETELY FILLED OUT AND SIGNED BY EMPLOYEE AND MANAGEMENT. FAILURE TO DO SO WILL RESULT IN DELAY OF YOUR PAYCHECK

# EMPLOYEE TIME SHEET

V22.03

**Employee Name:** Juan Pineda   **Building Name:** 3427 Broadway

**Employee Email:** ▇▇▇   **Employee Cell:** ▇▇▇

**PAY PERIOD**   **Start Date:** 3/21/2022   **End Date:** 3/27/2022

| DAY | DATE | TIME IN | BREAK OUT | BREAK IN | TIME OUT | HOURS | Type | Notes |
|---|---|---|---|---|---|---|---|---|
| Monday | 3/21/2022 | 8 AM | | | 12 M | 4 hrs | | |
| Tuesday | 3/22/2022 | 8 AM | | | 12 M | 4 hrs | | |
| Wednesday | 3/23/2022 | 8 AM | | | 12 M | 4 hrs | | |
| Thursday | 3/24/2022 | 8 AM | | | 12 M | 4 hrs | | |
| Friday | 3/25/2022 | 8 AM | | | 12 M | 4 hrs | | |
| Saturday | 3/26/2022 | | | | | | | |
| Sunday | 3/27/2022 | | | | | | | |

**Total Hours:** 20 hrs

Enter in **TYPE** Column if
(R) if Regular Hours
(S) if Sick Hours
(V) if Vacation Hours
(H) if Holidays Hours

**Employee Signature:** [signature]
**Date:** 3-27-2022

**Manager Signature:**
**Date:**

**Other Items / Notes:**

***** Please email this form every Monday morning to ▇▇▇ and ▇▇▇ ******

TIME SHEETS MUST BE TURNED IN ON TIME, BE COMPLETELY FILLED OUT AND SIGNED BY EMPLOYEE AND MANAGEMENT. FAILURE TO DO SO WILL RESULT IN DELAY OF YOUR PAYCHECK