```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
    JUAN PINEDA, on behalf of himself and all
    others similarly situated,
                                    Plaintiff,

                v.
                                                                        **ORAL ARGUMENT REQUESTED**

    BIG CITY REALTY MANAGEMENT, LLC, CFF                                22-cv-05428 (BMC)
    CONSULTING INC., 3427 BROADWAY BCR, LLC,
    3440 BROADWAY BCR, LLC, 3660 BROADWAY
    BCR, LLC, 633 WEST 152 BCR, LLC, 605 WEST 151
    BCR, LLC, 545 EDGECOMBE BCR, LLC, 535-539
    WEST 155 BCR, LLC, 408-412 PINEAPPLE, LLC,
    106-108 CONVENT BCR, LLC, 510-512 YELLOW
    APPLE, LLC, 513 YELLOW APPLE, LLC, 145
    PINEAPPLE LLC, 2363 ACP PINAPPLE, LLC, 580
    ST. NICHOLAS BCR, LLC, 603-607 WEST 139
    BCR, LLC, 559 WEST 156 BCR, LLC, 3750
    BROADWAY BCR, LLC, KOBI ZAMIR, and
    FERNANDO ALFONSO,

                                    Defendants.
-------------------------------------------------------------------X
```

**NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION, LEAVE TO DISTRIBUTE NOTICE, DISCLOSURE OF CONTACT INFORMATION, AND EQUITABLE TOLLING PURSUANT TO
29 U.S.C. § 216(b)**

PLEASE TAKE NOTICE THAT Named Plaintiff Juan Pineda ("Plaintiff") will move this Court, before the Honorable Brian M. Cogan, United States Judge for the Eastern District of New York, on a date and time to be determined by the Court, pursuant to 29 U.S.C. § 216(b), for an Order:

(1) Conditionally certifying this case as a collective action with respect to current and former superintendents, porters and handymen of the Big City Buildings (as defined in the Memorandum of Law) who, while performing work for Defendants at any time between September 12, 2019 and the

present, did not receive overtime compensation for all hours over forty that they worked in a workweek;

(2) Requiring Defendants, within fourteen days of the Court's Order, to produce a computer-readable data file containing the names, last known mailing addresses, all known home and mobile telephone numbers, all known email addresses, work locations, dates of employment, and primary languages spoken of all potential collective action members;

(3) Permitting Plaintiff to disseminate notice of this action in the form attached to the Declaration of Marc A. Rapaport, Esq., dated August 3, 2023, as Exhibit 1 ("Notice") and Exhibit 2 ("Reminder Notice") in English, Spanish, and any other language identified by Defendants, via regular mail, text message, and e-mail, and permitting a sixty-day opt-in period;

(4) Tolling the Fair Labor Standards Act ("FLSA") statute of limitations from the date of filing of Plaintiffs' Motion for Class Certification pursuant to Fed. R. Civ. P. 23 until such time as the Court resolves this motion; and

(5) Granting any other further relief that the Court deems just and proper.

In support of the motion, and filed contemporaneously herewith, are a Memorandum of Law and the Declaration of Marc A Rapaport with Exhibits 1 through 4.

Pursuant to this Court's Order, dated July 28, 2023, Defendants must serve any opposition papers to this motion by on or before August 10, 2023, and Plaintiff must serve any reply papers by on or before August 17, 2023.

Dated: New York, New York
August 3, 2023

          Respectfully submitted,

          RAPAPORT LAW FIRM, PLLC
          80 Eighth Avenue, Suite 206
          New York, New York 10011
          Phone: (212) 382-1600
          Email: mrapaport@rapaportlaw.com

          By: ___/s/_____
             Marc A. Rapaport

          MILLER LAW, PLLC
          167 Madison Avenue, Suite 503
          New York, New York 10016
          Phone: (347) 878-2587
          Email: meredith@millerlaw.nyc

          By: _____/s/_____
             Meredith R. Miller

          *Attorneys for Plaintiff*