# EXHIBIT A



Meredith R. Miller, Esq.

Miller Law, PLLC
167 Madison Avenue, Suite 503
New York, NY 10016

Tel: (347) 878-2587
Fax: (866) 495-6719
meredith@millerlaw.nyc

November 7, 2022

**VIA ECF**
Hon. Brian M. Cogan, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Juan Pineda v. Big City Realty Management, LLC, et al.;
       Case No. 22-cv-05428 (**BMC**)

Dear Judge Cogan:

  With Rapaport Law Firm, PLLC, we represent Plaintiff Juan Pineda ("Mr. Pineda") in the above-referenced matter, which involves claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA") and New York Labor Law ("NYLL") for wage and hour violations.

  The Court set a deadline of Monday, November 7 for Mr. Pineda to file a motion for conditional certification. We write to advise the Court that, after further consideration, Mr. Pineda has decided not to proceed with that motion. We have informed Defendants' counsel of the foregoing.

  Thank you for your time and attention to this matter.

Respectfully,

*/s/ Meredith R. Miller*

Meredith R. Miller